# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. HENG SHI, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | No.: 16-cv-5061 |
| | : | |
| CHILDREN'S HOSPITAL OF | : | |
| PHILADELPHIA, et al., | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this __6th__ day of December, 2017, upon consideration of Plaintiff's Motion to Compel (ECF No. 13), Defendants' response in opposition thereto, (ECF No. 19), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion is **GRANTED IN PART.** Defendant is ordered to produce within ten (10) days of this order:

   a. Data in the form of CHOP 1390 identifying open positions in the Chemistry and Metabolic Labs, as well as for the open positions that Plaintiff applied, for fiscal year 2016.

   b. Budgetary data in the form of CHOP 2328 related to the budgets for the Chemistry and Metabolic Laboratories for fiscal years 2015 and 2016.

   c. Layoff data in the form of CHOP 2519 for the Chemistry and Metabolic Laboratories for fiscal years 2009-2016.

2. Plaintiff's Motion to Compel the reopening of the deposition of non-party Theresa Vaccaro is **DENIED**.

BY THE COURT:

    /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE